WATSON, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Alexander Watson against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment affirmed, with costs.

SPRING and KRUSE, JJ., dissent, upon the ground that the evidence is sufficient to establish that the conduct of the motorman was reckless. See, also, 126 N. Y. Supp. 1150.

WEBSTER, Respondent, v. ABBOTT et al., Appellants. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by George B. Webster against Clarke H. Abbott and another. G. A. McLaughlin, for appellants. G. H. Corey, for respondent. No opinion. Determination (117 N. Y. Supp. 949) affirmed, with costs. Order filed. See, also, 140 App. Div. 935, 126 N. Y. Supp. 1150.

WEIL et al. v. HARBERGER et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Appeal from Special Term, New York County. Action by Jonas Weil and another against Henry Harberger, impleaded. From a judgment for plaintiffs, defendant Harberger appeals. Affirmed. See, also, 67 Misc. Rep. 227, 124 N. Y. Supp. 473. Joseph G. Engel, for appellant. Malcolm Sundheimer, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

McLAUGHLIN, J. I dissent, upon the ground that an issue was raised by the answer as to the amount which was owing to plaintiffs, and for that reason judgment could not be directed, under section 547 of the Code of Civil Procedure.

WEINBAUM v. McMARTIN et al. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Emanuel Weinbaum against John McMartin and others. No opinion. Application denied, with $10 costs. Order signed.

In re WEST 212TH ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 13, 1911.) In the matter of West 212th Street in City of New York. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re WEST 212TH ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 13, 1911.) In the matter of West 212th Street in the City of New York. No opinion. Motion to vacate order denied, without costs. Settle order on notice. See, also, infra.

In re WEST 212TH ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 13, 1911.) In the matter of West 212th Street in the City of New York. No opinion. Motion to dismiss appeal denied. Order filed. See, also, supra.

WHIDBEE, Appellant, v. FOSTER PUMP WORKS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Frank J. Whidbee against the Foster Pump Works and others. No opinion. Judgment and order affirmed by default, with costs.

WHIPPLE, Respondent, v. PULLMAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by Merritt P. Whipple against the Pullman Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

WIENER v. BASS et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by George Wiener against Rosabella Bass and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 129 App. Div. 926, 114 N. Y. Supp. 1150.

WILLARD v. FERGUSON. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Eugene S. Willard against John W. Ferguson. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 122 App. Div. 893, 106 N. Y. Supp. 1150; 125 App. Div. 909, 110 N. Y. Supp. 909.

WILLARD, Appellant, v. FERGUSON, Respondent. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Eugene S. Willard against John W. Ferguson. H. M. Ward, for appellant. J. N. Blair, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 122 App. Div. 893, 106 N. Y. Supp. 1150; 125 App. Div. 868, 110 N. Y. Supp. 909.

WILLETS, Respondent, v. POOR, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Howard Willets against Henry W. Poor, impleaded with others. For former opinion, see 141 App. Div. 743, 126 N. Y. Supp. 926.

PER CURIAM. Motion for reargument denied, with $10 costs. See, also, 127 N. Y. Supp. 1150.

WILLIAMS v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Carolyn E. Williams against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

WILLIAMS v. JOLINE et al. (Supreme Court, Appellate Division, First Department

March 17, 1911.) Action by Anna P. Williams against Adrian H. Joline and others, as receivers, etc. No opinion. Application denied, with $10 costs. Order signed. See, also, 126 N. Y. Supp. 417.

WILLSON, Respondent, v. FAXTON, WILLIAMS & FAXTON, Appellants. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Fannie E. Willson against Faxton, Williams & Faxton. No opinion. Motion to amend decision (138 App. Div. 359, 122 N. Y. Supp. 778) denied.

WINN et al., Respondents, v. JACOBS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Willis H. Winn and another against Louis Jacobs and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

WIRSING v. SAUER. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Peter F. Wirsing against John Sauer. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 127 N. Y. Supp. 1150.

WITTE, Appellant, v. KOERNER, Respondent. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by Alexis Witte against Elizabeth Koerner. PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, upon the ground that, the court having found as a fact that there was and is no access to the premises over any public highway and that there is no public highway adjoining the premises, the conclusion of law dismissing the complaint is inconsistent therewith. See, also, 123 App. Div. 824, 108 N. Y. Supp. 560.

WOOD, Respondent, v. ORDWAY, Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Eugene S. Wood against Portus R. Ordway. See, also, 63 Misc. Rep. 181, 118 N. Y. Supp. 422.
PER CURIAM. Judgment affirmed, with costs.
HOUGHTON, J., dissents.

WOOD et al., Respondents, v. WISE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March, 28, 1911.) Action by Wilbur B. Wood and another against Charles C. Wise and another. No opinion. Motion for stay granted, on condition that within 10 days defendants file security in the sum of $5,000; otherwise, motion denied, with $10 costs.

In re WORKMAN. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) In the matter of the application of Henry C. Workman, for admission to the bar. No opinion. Application granted.

YABLONSKY, Appellant, v. FISHKIN, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Abraham Yablonsky against Max Fishkin. No opinion. Order of the Municipal Court affirmed, with costs.

ZIEGLER v. FRIEDMAN & GORDON IRON WORKS. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Andrew Ziegler against the Friedman & Gordon Iron Works. No opinion. Application denied, with $10 costs. Order signed. See, also, 127 N. Y. Supp. 457.

PEOPLE v. FIELDS. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Proceeding by the People of the State of New York against Lizzie Fields. No opinion. See memorandum. See, also, 128 N. Y. Supp. 1138.

END OF CASES IN VOL. 128.

*